FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAYER DALLAL, an individual; and SELENA ROJHANI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>MARIX SERVICING, LLC, a Delaware limited liability company, authorized to do business in California; US BANK NATIONAL ASSOCIATION, a national association, as Trustee for TRUCAP GRANTOR TRUST 2010-2, an unknown entity; ASSURED LENDER SERVICES, INC., a California corporation; WELLS FARGO BANK, N.A. a South Dakota corporation, authorized to do business in California; and, Does 1 through 10,<br><br>Defendants. | CASE NO.:LACV11-5763MMM (CWX)<br><br>**[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br><br><br>Complaint served: June 13, 2011<br>Action removed: July 13, 2011<br>Trial Date: None set |

///

///

1  **PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD**
2  **CAUSE APPEARING THEREFORE IT IS HEREBY ORDERED:**
3  The Complaint is hereby dismissed, in its entirety, with prejudice as against
4  all Defendants.
5
6
7  Dated: August 5, 2011             *Margaret M. Morrow*
                                     MARGARET M. MORROW
8                                    United States District Judge